# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

STEPHANIE HURDSMAN                                                                    PLAINTIFF

V.                              NO: 4:15CV00131 BRW/JWC

TIFFANY EICHLER *et al*                                                              DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct name of Defendant Tiffany Eichler, as set forth in her answer (docket entry #14).

IT IS SO ORDERED this 13th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE