## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

STEPHANIE HURDSMAN                                                     PLAINTIFF

V.                      NO: 4:15CV00131 BRW/JWC

TIFFANY EICHLER, *et al*                                        DEFENDANTS

### **PROPOSED FINDINGS AND RECOMMENDATIONS**

### **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### **DISPOSITION**

Plaintiff Stephanie Hurdsman filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 6, 2015.  On May 18, 2015, after mail sent to Plaintiff at her address of record was returned as undeliverable, the Court entered an order directing Plaintiff to provide her current mailing address within 30 days, and warned her that her failure to do so would result in the recommended dismissal of her complaint (docket entry #18).  More than 30 days have passed, and Plaintiff has not updated

1

her address or otherwise responded to the Court's order. Mail sent to Plaintiff continues to be returned (docket entries #19 & #21). Plaintiff is not listed as a current inmate on the Arkansas Department of Correction or Federal Bureau of Prison public websites. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1.   Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.   The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE