IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE HURDSMAN                                                                                    PLAINTIFF

V.                                              NO: 4:15CV00131 BRW

TIFFANY EICHLER, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed, and the time for doing so has passed. After careful consideration, the Proposed Findings and Recommended Disposition are adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 21st day of July, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE