**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**STEPHANIE HURDSMAN**                                                                     **PLAINTIFF**

**V.**                                            **NO: 4:15CV00131 BRW**

**TIFFANY EICHLER,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Based on the order entered today, judgment is entered dismissing this case without

prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is

considered frivolous and not in good faith.

IT IS SO ORDERED this 21st day of July, 2015.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE